AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| CHERYL EDMOND, JENNIFER MITCHUM, DONNA PICKERSGILL-BROWN, on behalf of themselves and all others similarly situated, and LISA ABBAS, <br><br> *Plaintiff(s)* <br><br> v. <br><br> NEW YORK THERAPEUTIC COMMUNITIES, INC. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  22 Civ. 5712 (AMD)(SJB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

New York Therapeutic Communities, Inc.
266 West 37th Street, 21st Floor
New York, NY 10018.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Troy L. Kessler
KESSLER MATURA P.C.
534 Broadhollow Road, Suite 275
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 9/26/2022 _____



Roseann Guzzi
_____
*Signature of Clerk or Deputy Clerk*