UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHERYL EDMOND, JENNIFER MITCHUM, DONNA :
PICKERSGILL-BROWN, on behalf of themselves and all :
others similarly situated, and LISA ABBAS,                   : Case No. 22 Civ. 5712(SJB)
                                                             :
                         Plaintiffs,                         :
                                                             :
            -against-                                        :
                                                             :
NEW YORK THERAPEUTIC COMMUNITIES INC.,                       :
                                                             :
                         Defendant.                          :
------------------------------------------------------------------------X

## STIPULATION AMENDING SETTLEMENT AGREEMENT

The Parties in the above-captioned action, through their undersigned counsel, stipulate and agree to amend the Settlement Agreement (ECF No. 19-2) as set forth in Paragraph 1 below. This amendment reflects attorneys' fees will be calculated as one third of the settlement amount remaining after $419.54 in costs are deducted.

1. The following replaces the chart in Section I(A) of the Agreement:

| Payment Made Out To | W2 Portion | 1099 Portion | Total Gross |
|---|---:|---:|---:|
| Lisa Abbas | $1,587.95 | $1,587.95 | $3,175.90 |
| Cheryl Edmond | $7,574.09 | $7,574.09 | $15,148.18 |
| Jennifer Mitchum | $7,861.52 | $7,861.51 | $15,723.03 |
| Donna Pickersgill-Brown | $4,503.27 | $4,503.26 | $9,006.53 |
| Kessler Matura P.C. | $0.00 | $21,946.36 | $21,946.36 |

2. This Agreement may be executed in any number of counterparts, each of which so executed shall be deemed an original, and such counterparts will together constitute by one Agreement. The executed signature pages may be delivered using facsimile or email.

[INTENTIONALLY LEFT BLANK   SIGNATURES ON FOLLOWING PAGE]

STIPULATED AND AGREED TO BY:

Dated: March 9, 2023

*Cali Chandiramani*

Scott R. Green
Cali L. Chandiramani
Goldberg Segalla LLP
200 Garden City Plaza, Suite 520
Garden City, New York 11530
(516) 281-9855
sgreen@goldbergsegalla.com
cchandiramani@goldbergsegalla.com

*Attorneys for Defendant*

Dated: March 9, 2023

Troy L. Kessler
Garrett Kaske
Tana Forrester
Kessler Matura P.C.
534 Broadhollow, Suite 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com
tforrester@kesslermatura.com

*Attorneys for Plaintiffs*

2